EDWARD W. SIMMONS, Respondent, v. EUGENE S. BREYMANN and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

ALBERT WALKER, Appellant, v. MAUDE EDWARDS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Kelby, JJ.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

LAWRENCE F. MAHER, Respondent, v. HARRY DOLAN, Appellant.— Motion for leave to appeal to the Appellate Division denied, without prejudice to an application, to be made to the Appellate Term, to vacate the order dismissing the appeal. For the purpose of making such motion, the stay is continued to and including the 10th day of May, 1922.

ANTONIA BARBARO, Appellant, v. JOHN CUNEO, Respondent.— Application denied, with ten dollars costs. The landlord brought proceedings in the Municipal Court to recover possession of the apartment occupied by the tenant, on the ground that she required the same for her own use.* The justice of the Municipal Court evidently decided that such claim was not made in good faith, and, therefore, the proceedings were dismissed upon the merits. In this view of the case the Appellate Term concurred, and, therefore, the case raises no question of law the solution of which requires the intervention of this court. The case was evidently decided on a question of fact, namely, the good faith of the landlord in making the claim. (See *Handy* v. *Butler*, 183 App. Div. 359.)

WILLIAM T. BRITTINGHAM, Respondent, v. S. B. PENICK & COMPANY, INC., Appellant.— Application denied, with ten dollars costs. The question whether the plaintiff accepted the order of the defendant for bayberry bark and complied with the conditions of the order is, at the most, a question of fact upon the evidence, and the evidence of the conversation over the telephone, excluded by the court over defendant's objection and exception, is not of sufficient materiality to justify review by the Appellate Division. (*Handy* v. *Butler*, 183 App. Div 359.)

THE CROWELL CORPORATION, Appellant, v. CENTRAL OF GEORGIA RAILWAY COMPANY, Respondent.— Application denied, without costs.

---

* See Civ. Prac. Act, § 1410, subd. 1-a, as added by Laws of 1921, chap. 199.— [REP.